40 F.3d 1240
 Morrison (David L.), deceased by and through Morrison (Carol
A., M.D.), executrix
v.
Abernathy (Ernest L., M.D.), Fox (Shirley F., R.N.), Greco
(Victor F., M.D.), Kane (James A., M.D.), Kinsel (Alvin A.,
M.D.), Kratzer (Guy L., M.D.), Noonan (Allan S., M.D.),
Perper (Joshua A., M.D.), Shevlin (George L.), Wender (Donna
F.), West (Donald J., Jr., Ph.D.); Appeal of Estate of
Morrison (David L.), deceased By and Through Morrison (Carol
A., M.D.), executrix
 NO. 94-7127
 United States Court of Appeals,
Third Circuit.
 Oct 31, 1994
 
 Appeal From: M.D.Pa., No. 93-cv-01555,
 Muir, J.
 
 
 1
 AFFIRMED.